IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**BENJAMIN JAY BARBER,**

            Plaintiff,                          No. 3:22-cv-00135-MO

v.

                                          OPINION AND ORDER

**EVGA CORPORATION,**

            Defendant.

**MOSMAN, J.,**

        All filings from BENJAMIN JAY BARBER shall be reviewed by this court and ordered filed only if such filings are deemed not frivolous or repetitive.

        Furthermore, the deputy clerks are instructed not to open any new cases filed by Mr. Barber unless authorized by a judge and should return all rejected filings to the relevant persons.

        This Order is effective immediately and shall remain in effect until the court directs otherwise.

        IT IS SO ORDERED.

        DATED this ___ day of February, 2022.

                                                               MICHAEL W. MOSMAN
                                                              United States District Judge

1 – PRE-FILING RESTRAINT ORDER